**United States District Court**
For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   ANTONIO CHAVEZ JIMENEZ,

11        Plaintiff,                          No. C 13-02044 WHA

12     v.

13   UNITED AIR LINES, INC.,              **ORDER SETTING HEARING**
     and DOES 1–10,                       **ON DEFENDANT'S**
14                                         **DISCOVERY DISPUTE**

15        Defendants.
                                     /
16

17        The Court **SETS** a three-hour meet-and-confer in the Court's jury room on **THURSDAY,**

18   **OCTOBER 17, 2013, STARTING AT 10:00 A.M. AND CONTINUING TO 1:30 P.M.** (with a

19   thirty-minute lunch break at noon) at the federal courthouse in San Francisco.  At **1:30 P.M.**, the

20   Court shall hear any outstanding issue(s) in Courtroom 8.  Plaintiff's response is due by noon on

21   October 16.  Please buzz chambers at 10:00 a.m. on October 17 to be let into the jury room.

22        Please note that only those lawyers who personally participate in the meet-and-confer in

23   the Court's jury room may be heard at the hearing.

24        **IT IS SO ORDERED.**

25

26   Dated:   October 15, 2013.           WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE
27

28