**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTONIO CHAVEZ JIMENEZ,

    Plaintiff,

  v.

UNITED AIR LINES, INC.,
and DOES 1–10,

    Defendants.
                             /

No. C 13-02044 WHA

**ORDER SETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE**

      The Court **SETS** a three-hour meet-and-confer in the Court's jury room on **THURSDAY, OCTOBER 17, 2013, STARTING AT 10:00 A.M. AND CONTINUING TO 1:30 P.M.** (with a thirty-minute lunch break at noon) at the federal courthouse in San Francisco. At **1:30 P.M.**, the Court shall hear any outstanding issue(s) in Courtroom 8. Plaintiff's response is due by noon on October 16. Please buzz chambers at 10:00 a.m. on October 17 to be let into the jury room.

      Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

      **IT IS SO ORDERED.**

Dated: October 15, 2013.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE